UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00322

**Eron Demond Anderson,**
*Plaintiff,*

v.

**Henderson County Jail et al.,**
*Defendants.*

# ORDER

Plaintiff Eron Demond Anderson, an inmate proceeding pro se and in forma pauperis, filed this civil-rights lawsuit. Doc. 1. The case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b). Doc. 4.

The magistrate judge issued a report and recommendation that defendants' motion for summary judgment (Doc. 19) be granted and that plaintiff's lawsuit be dismissed without prejudice for failure to exhaust administrative remedies. Doc. 23. Plaintiff received a copy of the report on July 15, 2025. Doc. 24. Plaintiff has not filed objections, and the time for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion for summary judgment (Doc. 19) is granted. Plaintiff's lawsuit is dismissed without prejudice for failure to exhaust administrative remedies. Any pending motions are denied as moot.

*So ordered by the court on August 12, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge